832 F.2d 1164
 128 L.R.R.M. (BNA) 2780, 107 Lab.Cas. P 10,232
 MESA VERDE CONSTRUCTION CO., Plaintiff/Appellee,
v.
NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS,
Defendant-Appellant.
MESA VERDE CONSTRUCTION CO., Plaintiff/Appellee,
v.
CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD,
Defendant-Appellant.
 Nos. 85-1665, 85-2074.
 United States Court of Appeals,
Ninth Circuit.
 Nov. 19, 1987.
 
 Before BROWNING, Chief Judge, GOODWIN, WALLACE, KENNEDY, ANDERSON, HUG, TANG, SCHRODER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, and LEAVY, Circuit Judges.
 
 ORDER
 
 1
 Upon the vote of a majority of the nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The previous three-judge panel assignment is withdrawn.